**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| United States of America, | | |
|---|---|---|
| | Plaintiff, | Case No.: 21-CR-214-JFH |
| vs. | | Date: 2/23/2024 |
| | | Court Time: 10:10 to 10:25 |
| Jeffrey Brent Thomas, | Defendant(s). | **MINUTE SHEET - SENTENCING** |

John F. Heil III, Chief U.S. District Judge     P. Lynn, Deputy Clerk     Laura Griffin, Reporter
Counsel for Plaintiff:  Steven Briden          Counsel for Defendant: Donald Kochersberger,
Probation Officer:  Luke Mohr

☒ Defendant appears in person with counsel   ☐ Counsel waived   ☐ Evidentiary
☒ Plaintiff & Defendant reviewed PSI:   ☐ Objs by:   ☐ Pltf   ☐ Deft;   ☒ No Objs;   ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;   ☒ Findings re: Plea Agreement Accepted
☒ Court affirms finding of guilt and accepts guilty plea before U.S. Magistrate Judge
☒ Sentence re: Guideline;   ☒ Findings made;   ☐ Departure:   ☐ Variance:   ☐ Upward   ☐ Downward
☐ Victim present and heard;   ☐ Victim present   ☒ Victim not present
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Motion [Dkt. 71 ]:   ☒ Granted   ☐ Denied   ☐ Granted/Denied in part   ☐ Moot

**SENTENCE: As to Count(s)** 1 **of the** Indictment
☒ Bureau of Prison for a term of     46 months consec to Pittsburgh County case and OKED case
☒ Supervised Release for term of    3 years        ☐ Concurrent   ☐ Consecutive   ☐ Not Imposed
☒ Special Monetary Assessment    $ 100           ☐ Due Immediately

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**
☒ Firearm, Ammunition, et al Restriction
☒ DNA Sample
☒ Controlled Substances Restriction
☒ Drug Testing   ☐ Drug Testing Suspended   ☒ Mental health   ☐ to include treatment
☐ Anger Management                              ☒ Search & Seizure
☐ Computer Restriction                          ☒ Substance Abuse Treatment & Testing
☒ Defendant advised of right to appeal    Court recommends to BOP:
                                           ☒ Residential Drug Abuse Treatment   ☐ Mental/Medical Evaluation
                                           ☒ Most comprehensive substance abuse treatment available
☒ Remaining counts ordered dismissed:    2-3
☒ Defendant remanded to custody of U.S. Marshal